UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAROLD L. KELLER,

    Plaintiff,

-vs-                            Case No. 6:04-cv-1829-Orl-28UAM

FORBES ELECTRICAL SERVICES, INC.,
PHOENIX TECHNICAL SERVICES, INC.,
DANIEL T. ROSENBERG,

    Defendants.

_____

## ORDER

This case is before the Court on Plaintiff's Amended Motion and Memorandum for Entry of Default Judgment (Doc. No. 45) filed October 5, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 4, 2008 (Doc. No. 51) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Amended Motion and Memorandum of Entry of Default Judgment (Doc. No. 45) is **GRANTED**.

3. Default Judgment is entered against Defendant Phoenix Technical Services, Inc. ("Phoenix") on Plaintiff's claims for breach of an Employment Agreement (Count I) and a Stock Redemption Agreement (Count II).

4. Defendant Phoenix is ordered to pay Plaintiff damages in the amount of $43,555.54 under Count I and $252,000.00 under Count II of the amended complaint.

5. The Clerk is directed to issue a judgment consistent with the rulings in this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  15  day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party